# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**FRANK M. MUNIZ,**

     **Plaintiff-Appellant,**

**vs.**                                                                            **No. 28,811**

**NEW MEXICO CORRECTIONS DEPARTMENT (NMCD), GLOBAL EXPERTISE IN OUTSOURCING-GEO GROUP, INC., WEXFORD HEALTH SOURCES, OPTOMETRISTS DR. HAROLD REBER and DR. CLAY REBER,**

     **Defendants-Appellees.**

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Gary L. Clingman, District Judge**

Frank Muñiz
Las Cruces, NM

Pro se Appellant

Yenson, Lynn, Allen & Wosick, P.C.
Patrick D. Allen
Patricia A.Padrino
Albuquerque, NM

for Appellees New Mexico Corrections
Department and Global Expertise in
Outsourcing-GEO Group, In.

Miller Stratvert, P.A.
James R. Wood
Albuquerque, NM

for Appellee Wexford Health Sources

Simone, Roberts & Weiss, P.A.
Randal W. Roberts
Paul M. Smith
Albuquerque, NM

for Appellees Dr. Clay Reber and Dr. Harold Reber

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**TIMOTHY L. GARCIA, Judge**

2